NO. 07-06-0278-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 5, 2006

_____

DONNY EISENBACH,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE COUNTY COURT AT LAW OF SMITH COUNTY;

NO. 001-80914-06; HON. JERRY CALHOON, PRESIDING

_____

***ORDER OF DISMISSAL***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Donny Eisenbach, appeals from an order revoking his community supervision. The record does not contain a certification of his right to appeal as required by Texas Rule of Appellate Procedure 25.2(d). Through a letter dated August 3, 2006, this court notified the trial court, the district clerk, the district attorney and appellant of this omission and the need for the certification. The certification is included in the clerk's

record and states that this case is a plea bargain case, and the defendant has no right of appeal.  Consequently, we dismiss the appeal.

Accordingly, the appeal is dismissed.

Per Curiam

Do not publish.